IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN C. WELLS III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:23-cv-1072 ) Judge Trauger |
| WILLIAM LEE, ET AL., | ) ) |
| Defendants. | ) |

## O R D E R

On October 2, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 8), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge